Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM JUDGE, Respondent, v. MORGAN & BROTHER and Another, Appellants.— Award reversed and matter

remitted, with costs against the State Industrial Board to abide the event, on the ground that there is neither proof nor finding that the employer had knowledge of the accident. All concur.